UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CORY EDWARD FISHERMAN,  CIVIL NO. 17-2987 (SRN/DTS)

    Petitioner,

v.  ORDER

COLLIN GAU, WARDEN,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 30, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Petitioner Corey Edward Fisherman's application to proceed IFP [Docket No. 2] is denied as moot;

2. This action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 19, 2017

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Court Judge